# EXHIBIT F

Elizabeth Almonte

56 Lake Avenue Ext. Unit A

Danbury, CT 06811

November 25, 2019

Judge Stefan R. Underhill

US District Court

915 Lafayette Blvd.

Bridgeport, CT 06604

Re: US v Rafael Almonte, 05-cr-00058 (SRU)

Dear Judge Underhill,

My name is Elizabeth Almonte, sister of Rafael Almonte (Rafael), who is the defendant in this matter. I understand that Rafael has filed a motion for compassionate release based on his medical issues, inability to obtain timely, proper medical care from his custodian, and other reasons. I write to provide the Court with information that may be relevant to the decision on his motion.

Rafael has been incarcerated for about 14.5 years. While his incarceration has been difficult, we have maintained to be a close family that has supported and regularly communicated with him by mail, phone calls, and visits. I can tell you that Rafael has often express to me his shame and regret for engaging in the conduct that led to his conviction and sentence. I can also tell you that it impacted him so deeply, that he became committed to changing his life around. He has done so by making positive choices throughout his incarceration in an effort to better himself. Whether it be through his employment at Unicor, or the many classes and vocational programs he enrolled in, he was committed to gaining the skills he will need to become a positive member of society upon his release.

      We are all very proud of the choices he has made in prison, the record he developed, and his post-release ambitions. But we are deeply concerned due to his medical issues, the lack of timely and proper medical care, and the repercussions that may be caused. As Rafael explains in his motion, he suffers from Chronic Myelopathy, Chronic Myelomalacia, and Spondylolisthic stenosis of the cervical spine. That is, he was advised he's in beginning stages of degeneration in his vertebrae that can lead to him becoming paralyzed. The BOP has been aware that he was in need for urgent surgery, and that if the surgery was delayed it may result in permanent paralysis. Despite this knowledge, and despite his rapidly deteriorating condition, the BOP has been unwilling and/or unable to provide the urgently needed surgery, and this has both caused Rafael to life in unnecessary pain and placed him at an unacceptable heightened risk of permanent injury.

      Given the above, I respectfully urge the Court to grant Rafael's motion so that he may receive the surgery he so urgently needs before he is paralyzed. If he is released at this time, we will provide him with the necessary support for a successful transition. In this regard, he can reside at my sister Nancy Almonte's home. We will provide him with the household, financial, and family support he needs. We will also help him to obtain health insurance, and the medical procedures he needs, and support him throughout the recovery process. If the Court has any questions, or needs additional information, I will be happy to provide them.

Sincerely,

*Elizabeth Almonte*

Elizabeth Almonte

November 13, 2019

Nancy Almonte
1 Kennedy Ave #4002
Danbury, CT 06810

Re: Rafael Almonte #16296014

Attention: Judge Underhill,

I, Nancy Almonte, sister of Rafael Almonte, understand that he has filed a motion for compassionate release due to his health condition, since he has not recieved the critical healthcare that he needs. Rafael has been diagnosed with chronic myelopathy and spondylolisthesis, which are affecting his spine. He's had numbness and insurmountable pain and loss of strength due to his medical condition, which left untreated can lead to paralysis.

I am willing to provide a home, provide financial support and health insurance so that Rafael can get the medical attention he deserves.

Rafael has taken several courses throughout his incarceration which will help him upon his release by establishing a future career path. I've maintained contact with Rafael for the past 14 years. I can say wholeheartedly that I am proud of the change

I've seen in him. I am very worried that he hasn't received the timely medical care he needs for his dibilitating condition which can lead to paralysis.

I respectfully ask that this court will accept the motion that Rafael is requesting so that he can receive the medical care he deserves prior to becoming paralyzed. If released, I will provide the support necessary so that Rafael is succesful after his release.

Sincerely,

Nancy Almonte

February 18, 2020

Dear Judge Underhill,

I am writing this letter to you in regards to Case#05-cr-0058 an inmate currently in the Danbury correctional facility who is in the process of getting an early release for medical attention.

My name is Evelyn and Rafael is known to you as just another case on your desk but to me and the rest of my family he is Ralphie. I have known Ralphie all of my life, not only is he a member of my extended family but I also consider him one of my closest friends. Ralphie is one of those people that as soon as you meet him he leaves an impression on you, his charisma, intellect, and good nature are a few things I can say that you can pick up as soon as you meet him.

One of my fondest memories of him was when I was 12 years old and we were in Dominican Republic on a family vacation where we all stayed with our grandmother for a few days on her farm. I never rode a horse before and Ralphie was the one who took me out and made sure I was safe while riding as the horse was starting to go faster than I could have handled Ralphie took the reins, calmed both of us down and brought me back safe.

As we got older and went in different directions due to unfortunate circumstances Raphie has been incarcerated. We have been in touch writing emails and letters over the years and you would think that his current situation would alter his nurturing spirit but it has only made it stronger. Ralphie is one of the few people I confide in; ask for advice, personally and physically as he has always been a person who took care of his body and loves to work out; he coaches me on what I can do to get the results I am looking for.

Over the years his ability to exercise and be in good physical health has declined due to his spinal injuries he endured when getting incarcerated which brings him such pain and discomfort. Seeing someone so positive and who brings such a light to his family suffer so much without being able to help him is heartbreaking. Our hope is that you and the rest of your colleagues who are in the position to grant him compassionate release are able to do so to prevent any further debilitation to Ralphie and also fill the void in our family of someone who has served more than enough time for his past mistakes.

Sincerely,

Evelyn Almonte

Sonia Almonte
18 Sixth Street
Danbury, Connecticut 06810
soniaalmonte1@gmail.com

February 20, 2020

Re: Rafael Almonte, 05-cr-00058

Dear Judge Underhill,

I am a certified elementary school teacher and have served the community of Darien, Connecticut for the past twenty-two and a half years.

Mr. Rafael Almonte informed me that he has currently filed for a compassionate release from his current sentence of which he has completed fifteen years. I am eager to offer a testament to Mr. Rafael Almonte's character.

Mr. Almonte is my first cousin and although we were raised in different states, our parents were certain to instill in us the value of family. His parents baptized me as an infant so hence, I have referred to him as my "God Brother" or "Ralphie" for our entire lives.

Recently, while I was babysitting Ralphie's six year old nephew, I inquired, "Aside from your parents, who do you admire and who do you most enjoy their company?" There was not a moment of hesitation, he responded, "My uncle Ralphie". Upon further conversation, his nephew revealed that Ralphie is a man in which he would love to bask in his compassion and wisdom.

Mr. Almonte is an intelligent man and if given the opportunity can be an asset to society. He is generous with kindness and quick with his whit. It would be a positive contribution to our family if Ralphie would be able to continue developing his relationships with his young nieces and nephews. His release would allow him to serve as a role model to others in how one can assimilate into ones community and persevere after incarceration.

It is my sincere hope that this vital member of our family can participate in our daily lives once more.

Thank you for your attention in this matter.

Sincerely,

Sonia Almonte

--
Sonia Almonte- (c) (203) 246-6989

Armando A. Almonte
12 Nicholas Street
Danbury, CT 06810
1 (203) 994-4355
almonte329@gmail.com

Date: February 20, 2020

The Honorable Judge Stefan R. Underhill
Judge of U.S. District Court, District of Connecticut.
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: US v. Rafael Almonte, 05-CR-00058 (SRU)

Dear Judge Underhill,

    My name is Armando Almonte and I was the owner Exit 4 Liquor store, (located in Danbury, CT) and owned it for many years, before I sold it to go back to school and pursue a new career.

    I am writing this letter on behalf of Rafael Almonte. It has been brought to my attention that Rafael and his Lawyer recently filed a motion for compassionate release. Rafael suffered terrible injuries to his neck and spine the night that he was arrested fifteen years ago and he was never properly treated for them. If granted an early release, Rafael could finally get the medical attention he so desperately needs.

    I've Known Rafael my entire life. Since he is a few years older than myself, I grew up looking-up to him. If you got a chance to know Rafael, you would understand. He is good hearted and very generous. I know it might sound cliché, but he will take the shirt off his back and give it to you. He did it for me once when I was like twelve or so, just because I said I liked it. But the thing I admire most about Rafael is his love for his family, always ready to lend a helping hand. If any of the uncles had a project from, moving, to painting the house, He was the first to sign up. He never wanted anything for his time and it made him a great remodel in that regard.

    The chances I've had to speak with him over these past many years, have shown me that he has moved beyond his former life. Rafael is hoping to getting the medical help he needs, so he can once again become a constructive member of our family and society in general. It is my hope that this letter regarding Rafael's early release, will act as a contributing factor when the court considers this matter.

Sincerely,

Armando A. Almonte

Digna R Almonte

3445 Olinville Avenue

Bronx, NY 10467

203-241-2445 (Cell)

November 25, 2019

Judge Stefan R. Underhill

US District Court

915 Lafayette Blvd.

Bridgeport, CT 06604

RE: US vs Rafael Almonte, 05-CT -00058 (SRU)

Dear Judge Underhill,

    My name is Digna R. Almonte, I am the oldest sister of Rafael Almonte (Rafael) who is the defendant in this matter, I understand that Rafael has filed a motion for compassionate release based on his medical issues, inability to obtain timely, proper medical care from his custodian and other reasons. I write to provide the court with information that may be relevant to the decision on his motion.

    Rafael has been incarcerated for about 14.5 years. While his incarceration has been difficult, we have maintained to be a close family that has supported, and regularly communicated with him by mail, phone calls and visits. I can tell you that Rafael has expressed to me his shame and remorse for engaging in the conduct that led to his conviction and

sentence. I can also tell you that it impacted him so deeply, that he became committed to changing his life around. He did so by making positive choices throughout his incarceration in an effort to better himself. Whether it was through his employment at Unicor, or many classes and vocational programs he enrolled in, he was committed to gaining the skills he would need to become a positive member of society upon his release.

We are all so proud of the choices he has made in prison, the record he developed, and his post-release ambitions. But we are deeply concerned due to his medical issues, his lack of timely and proper medical care, and the repercussions that it may cause. As Rafael explains in his motion, he suffers from myelopathy, chronic myelomalacia, and spondylolisthic atenosis of the cervical spine, and that if the surgery was delayed it may result in permanent paralysis. Despite this knowledge, and despite his rapidly deteriorating condition, the BOP has been unwilling and/or unable to provide the urgently needed surgery, and this has both caused Rafael to live in unnecessary pain and placed him at an unacceptable heightened risk of permanent injury.

Given the above information, I respectfully urge the Court to grant Rafael's motion so that he may receive the surgery he so urgently needs before he is paralyzed. If he is released at this time, I will provide him with the necessary support for a successful transition. I will provide him with financial and family support he needs. I will support him throughout the medical procedure he needs and throughout the recovery process. If the Court has any questions, or needs additional information, I will be happy to provide the same.

Very Truly Yours,

*Digna R. Almonte*

Digna R. Almonte

2/18/2020
Dear Judge Underhill,

I'm very lucky to say Ralphie Almonte is my older cousin. He is the type of person that will give you the shirt off his back if you need it. Family means the world to Ralphie and you can count on him when you are in need. He's tremendously loving and caring.

Growing up he showed me how to be calm and patient. If you ever need to talk to someone for whatever reason Ralphie always has a shoulder you can lean on. He's extremely smart and funny. If you're feeling down he will find a way to make you laugh.

I've been able to keep in touch with him throughout his incarceration via letters, emails and visits as well.

Please consider an early release for my dear cousin Ralphie as he is such an amazing and loving human being. It would really mean the world for him to be

able to get the medical attention he needs.

Kind regards,
John Almonte

*[signature]*

Judge Stefan R. Underhill
US District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Re: US v Rafael Almonte, 05-cr-00058 (SRU)

February 20, 2020

Dear Judge Underhill,

Rafael Almonte is a dear cousin of ours. When reflecting on our childhood only fond memories come to mind. Ralphie, as we endearingly refer to him, is a genuinely kind hearted man. Someone friends and family could always count on in a pinch.

Although our lives have since lead us down different paths, the foundational values instilled in him by his hardworking and faithful parents, we believe are core to his character.

Considering Ralphie has been given a second chance at life, having been involved in a major car accident that he continues to suffer significantly from, we have faith that given another chance Ralphie will demonstrate to us all only the best of himself.

Sincerely,

Bianca Rosa-Fernandez
Luz Rosa
Rosely Nunez